

## NUMBER 13-09-00561-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

SOUTHLAND FAB & OFFSHORE, INC.,                                    Appellant,

v.

UNIQUE STAFF LEASING I, LTD.,                                    Appellee.

**On appeal from the County Court at Law No. 1
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Southland Fab & Offshore, Inc., perfected an appeal from a judgment

entered by the County Court at Law No. 1 of Nueces County, Texas, in cause number

06-62477-1. Appellant has filed a motion to dismiss the appeal on grounds that the parties

have reached a settlement and the appellant no longer wishes to prosecute the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 19th day of November, 2009.